UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
(SYRACUSE)

| | | |
|---|---|---|
| BRIANNA N. SMITH,<br>*Plaintiff,* | )<br>)<br>) | Case 5:22-cv-01286-TJM-TWD |
| vs. | )<br>)<br>) **Joint Stipulation for Remand**<br>) (Document Filed Electronically) | |
| COMMISSIONER OF SOCIAL SECURITY,<br>*Defendant.* | )<br>) | |

**Joint Stipulation for Remand pursuant to the fourth sentence of 42 U.S.C. § 405(g)**

The parties, through their respective counsel, stipulate that the Commissioner's final decision be reversed and that this action be remanded to the Commissioner for further administrative proceedings pursuant to the fourth sentence of 42 U.S.C. § 405(g), including a *de novo* administrative hearing and a new decision. The parties consent to the entry of judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

Dated: March 22, 2023

By:/s/ Jason P. Peck

Jason P. Peck
Special Assistant U.S. Attorney
Office of Program Litigation – 2
Office of the General Counsel
Social Security Administration
Phone: (212) 264-2493
Duty station time zone: Eastern
jason.peck@ssa.gov

By: /s Justin M. Goldstein

Justin M. Goldstein
Law Offices of Kenneth Hiller, PLLC
6000 North Bailey Avenue - Suite 1A
Amherst, NY 14226
716-564-3288
Fax: 716-332-1884
Email: jgoldstein@kennethhiller.com

So Ordered: 3/28/2023

_____    _____
Hon. Thomas J. McAvoy, Senior U.S.D.J.    DATE